DILLINGHAM v. BAKLEY et ux. (Circuit Court of Appeals, Fourth Circuit. May 7, 1907.) No. 701. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk. L. L. Lewis, U. S. Atty. (Ro. H. Talley, Asst. U. S. Atty., on the brief), for appellant. Mary Philbrook, for appellees. Before PRITCHARD, Circuit Judge, and McDOWELL, District Judge.

PER CURIAM. We have carefully considered the questions involved in this case, and we find no error in the rulings of the learned judge who tried the case below. Therefore we affirm the judgment of the court below, fully concurring in the opinion, which is to be found in 148 Fed. 56.

---

HOPKINS et al. v. HEBARD. (Circuit Court of Appeals, Sixth Circuit. May 17, 1907.) No. 1,651. Petition for Leave to File Bill of Review. C. B. Matthews and E. P. McQueen, for petitioners. T. E. H. McCroskey, for respondent. Before LURTON, SEVERENS, and RICHARDS, Circuit Judges.

PER CURIAM. This is an application for leave to apply to the Circuit Court for the Eastern District of Tennessee for permission to file in that court a bill to review a final decree of that court, which, upon appeal, was affirmed by this court, in a cause styled David W. Belding et al. v. Charles Hebard, 103 Fed. 532, 43 C. C. A. 296. Without deciding any question which may be involved in the application for leave to file such a bill, this court, for reasons satisfactory, now consent that the petitioners may apply directly to said Circuit Court, which court will grant or refuse permission as it may be advised. Board of Councilmen of City of Frankfort v. Deposit Bank, 124 Fed. 18, 59 C. C. A. 538.

---

KEAN v. DICKINSON. (Circuit Court of Appeals, Fourth Circuit. April 9, 1907.) No. 699. Appeal from the District Court of the United States for the Eastern District of Virginia, at Richmond. Legh R. Page (W. J. Leake, on the brief), for appellant. G. A. Hanson, for appellee. Before GOFF and PRITCHARD, Circuit Judges, and McDOWELL, District Judge.

McDOWELL, District Judge. The opinion of the trial court (In re Bolling, [D. C.] 147 Fed. 786) is entirely in consonance with our views, and it is hereby adopted as the opinion of this court. Affirmed.

---

In re NORTHERN S. S. CO. (Circuit Court of Appeals, Second Circuit. April 8, 1907.) On Petition for a Writ of Mandamus. See 140 Fed. 263. John C. Shaw and Herbert K. Oakes, for petitioner. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. The decree below awarded interest upon the amount of damages "until the same shall be paid." As modified by this court, the award of interest is undisturbed, except as to the item of demurrage. The court below has correctly interpreted the mandate. The application of the petition is denied.

---

TOY GAUP v. UNITED STATES. LOY TOO v. SAME. (Circuit Court of Appeals, Second Circuit. April 12, 1907.) Nos. 292, 293. Appeals from the District Court of the United States for the Northern District of New York. R. M. Moore, for appellant. H. E. Owens, for the United States. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Orders affirmed. (147 Fed. 750).

---

WEEMS STEAMBOAT CO. OF BALTIMORE CITY v. PEOPLE'S STEAMBOAT CO. et al. (Circuit Court of Appeals, Fourth Circuit. May 7, 1907.) No. 662. Appeal from the Circuit Court of the United States for the Eastern District of Virginia, at Richmond. St. George R. Fitzhugh and George W. Williams, for appellant. William D. Carter, for appellees. Before GOFF and PRITCHARD, Circuit Judges, and McDOWELL, District Judge.

PER CURIAM. A careful examination of the record impels us to an affirmance of the decree appealed from. The opinion of the court below, reported in 141 Fed. 454, has our approval.